PER CURIAM.
Affirmed. See and compare State v. Hernandez, 552 So.2d 911 (Fla.1989); Kemp v. State, 541 So.2d 1332 (Fla. 3d DCA 1989); State v. Fisher, 529 So.2d 1256 (Fla. 3d DCA 1988); State v. Wells, 516 So.2d 74 (Fla. 5th DCA 1987); Palmer v. State, 467 So.2d 1063 (Fla. 3d DCA 1985); State v. Delgadillo, 458 So.2d 20 (Fla. 3d DCA 1984); P.L.R. v. State, 455 So.2d 363 (Fla.1984); Von Horn v. State, 334 So.2d 43 (Fla. 3d DCA 1976); Stunson v. State, 228 So.2d 294 (Fla. 3d DCA 1969).